# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00169-CV

**In re Nationwide Insurance Company of America,
Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company,
Nationwide Life Insurance Company, Nationwide General Insurance Company,
Nationwide Property and Casualty Insurance Company, and Ronni B. Poe**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators have filed a petition for writ of mandamus complaining of the district court's order denying their motion to dismiss pursuant to a forum-selection clause. On this record, the Court denies the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed: April 3, 2015